| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) RYMER, PAMELA ANN | 2. Court or Organization U. S. COURT OF APPEALS | 3. Date of Report 5/26/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) UNITED STATES CIRCUIT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address 125 S. GRAND AVENUE PASADENA, CA 91105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Pacific Council on Int'l. Policy |
| 2. Member, Board of Governors | Stanford Associates |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing Instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 27 A 10: 21 FINANCIAL DISCLOSURE OFFICE

Rymer_Pamela_Ann

| Name of Person Reporting | Date of Report |
|---|---|
| RYMER, PAMELA ANN | 5/26/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. University of Virginia | 3/29 | Charlottesville, VA | Moot court | Travel |
| 2. Stanford Univ. | 8/26 | Palo Alto, CA | Speaker, Int'l Fellows | Travel; lodging |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RYMER, PAMELA ANN | 5/26/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RYMER, PAMELA ANN | 5/26/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bus Ret Plan, Wells Fargo (Ast Alloc A; Index Alloc C) | | None | N | T | | | | | |
| 2. Citybank, FSB | A | Interest | K | T | | | | | |
| 3. Franklin Cal. Tax Free Inc. | C | Interest | L | T | | | | | |
| 4. American Funds AMCAP | E | Dividend | M | T | | | | | |
| 5. LA Cal. Tax-Free Income Fund | D | Interest | M | T | | | | | |
| 6. Nuveen Cal. Muni Value Fd. | D | Dividend | M | T | | | | | |
| 7. PG&E Common | A | Dividend | J | T | | | | | |
| 8. Bank of America | | None | L | T | | | | | |
| 9. MSDW Tax Exempt (D) | B | Dividend | | | Sold | 9/15 | L | | |
| 10. MSDW CA Tax-Free Daily I Trust | A | Interest | | | Closed | | J | | |
| 11. MSDW Tax-Exempt Sec (A) | A | Dividend | | | Sold | 9/15 | J | | |
| 12. American Funds Am Inv. Co. of Amer C | B | Dividend | M | T | | | | | |
| 13. CA Tax Free I Fund A | C | Dividend | | | Sold | 9/15 | M | | |
| 14. UBS | A | Interest | J | T | Open | 11/1 | J | | |
| 15. Livermore-Amador VY Wtr Mgmt Agy | A | Interest | K | T | Buy | 9/15 | K | | |
| 16. Cal St Gen Oblig | A | Interest | K | T | Buy | 9/15 | K | | |
| 17. Eastern CA Muni Wtr Dist | A | Interest | K | T | Buy | 9/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RYMER, PAMELA ANN | 5/26/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

18. Cal Infra & Econ Dev Bk Rev J Interest     K T Buy 9/15 K

19. CA Stwide CNTYS DeJ     J Interest     K T Buy 9/15 K

Line 10: Date of closure, use for a fee, or transfer to another fund unknown; asset had little or no value.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544